**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

MICHELE B. DIAZ,   CASE NO.: 2:17-cv-14252

    Plaintiff,
vs.

COMENITY BANK,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

Respectfully Submitted,

*/s/ Christopher W. Boss*
Christopher W. Boss, Esq.
Florida Bar No.: 13183
BOSS LAW
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Telephone: (727) 471-0039
Facsimile: (727) 471-1206
Email: cpservice@protectyourfuture.com
*Attorney for Plaintiff*

Respectfully Submitted,

*/s/ Charles J. McHale*
Charles J. Mchale, Esq.
Florida Bar No. 26555
Golden Scaz Gagain, PLLC
201 North Armenia Ave.
Tampa, FL 33609
Phone: (813) 251-5500
Facsimile: (813) 251-3675
Email: cmchale@gsgfirm.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following parties:

Charles J. Mchale, Esq.
Golden Scaz Gagain, PLLC
201 North Armenia Ave.
Tampa, FL 33609
cmchale@gsgfirm.com
*Attorney for Defendant*

                                                           */s Christopher W. Boss*
                                                           Christopher W. Boss